**2002–2138. Saunders v. Mortensen.**
Erie App. No. E–02–008, 2002–Ohio–6244. This cause is pending before the court as an appeal from the Court of Appeals for Erie County. Upon consideration of appellees' motion to participate in oral argument scheduled for October 21, 2003,

IT IS ORDERED by the court that the motion to participate in oral argument be, and it hereby is, denied.

**2003–0350. State v. Reine.**
Montgomery App. No. 19157, 2003–Ohio–50. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. On July 22, 2003, counsel for appellee filed a motion requesting this court to order the Clerk to provide counsel with copies of the portions of the record that are currently under seal. Whereas counsel's motion is, in effect, a motion to unseal the record,

IT IS ORDERED by the court, sua sponte, that portions of the record currently under seal be, and they hereby are, unsealed.

**2003–0351. State v. Barksdale.**
Montgomery App. No. 19294, 2003–Ohio–43. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. On July 22, 2003, counsel for appellee filed a motion requesting this court to order the Clerk to provide counsel with copies of the portions of the record that are currently under seal. Whereas counsel's motion is, in effect, a motion to unseal the record,

IT IS ORDERED by the court, sua sponte, that portions of the record currently under seal be, and they hereby are, unsealed.

**2003–0829. State ex rel. Shandrow v. Roper Corp.**
Franklin App. No. 02AP–342, 2003–Ohio–1516. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and it hereby is, granted, and appellant's merit brief is due on or before August 29, 2003.

**2003–0985. State ex rel. Saunders v. O–Kan Marine Repair, Inc.**
Franklin App. No. 02AP–697, 2003–Ohio–2020. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and it hereby is, granted, and appellant's merit brief is due on or before August 29, 2003.

**2003–1350. State ex rel. Geauga Cty. Bd. of Commrs. v. Milligan.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration thereof,

IT IS ORDERED by the court, sua sponte, that alternative writs be, and they hereby are, granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relators shall file their brief within 10 days after the filing of evidence; respondent shall file his brief within 20 days after the filing of relators' brief; and relators may file a reply brief within 5 days after the filing of respondent's brief.

PFEIFER, J., dissents and would dismiss the complaint.